**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

CLERK USDC EDWI
FILED

2024 DEC -6 P 1: 42

Donald Evans, Jr.,

      Plaintiff,

  V.                 Case No. #23-CV-1690

Gilbert Steffanides, et al.,

      Defendants.

---

## PLAINTIFF'S MOTION FOR A 60 DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS MULTIPLE MOTIONS FOR SUMMARY JUDGMENT (DKT. 31-48).

---

Petitioner Donald Evans, Jr., currently proceeding pro se, hereby moves the Court for an order granting him a 60 day extension of time in which to file his Brief In Opposition To Defendants Multiple Motions For Summary Judgment (Dkt. 31-48). As Plaintiff has emphasized in previous filings, he has to rely on the assistance of a Pro Se Legal Aid due to him knowing nothing of the law; that requires him to mail the filings he receives from the Court and all three defense counsels, after already receiving them a week a more late due to the DOC's mail policy which requires the mail to first go to through a rigorous facility processing and then to Plaintiff's location before disbursed.

Moreover, in a clearly coordinated effort, Defendants each filed their motions for summary judgment, totaling over 200 pages, by snail mail on the same day, 11-1-2024 (Dkt. 31-48). Due to theses factors, Plaintiff needs a 60 day extension of time in which to reasonably have enough time

to respond to these gargantuan filings of Defendants, and asks that the Court please do grant it to him.

Date: 12-4-2024

Signed:

Donald Evans. Jr., #707717
P.O. Box 938 – OCI
Oregon, WI. 53575-0938

Donald Evans Jr., #707717
P.O. Box 988-OCI
Oregon, WI. 53575-0938

53202-450099

MILWAUKEE WI 530
4 DEC 2024 PM 2 L

FOREVER/USA

JOHN WOODEN

Clerk of Court
U.S District Court,
517 E. Wisconsin Ave.
Milwaukee, WI 53202